UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| JOANN M. TAKACS, | : | CASE NO. 1:20-cv-02120 |
| Plaintiff, | : | OPINION & ORDER [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Takacs seeks judicial review of the Social Security Administration Commissioner's final decision denying Plaintiff's application for disability insurance benefits.[1]

On January 26, 2022, Magistrate Judge David A. Ruiz issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner's final decision denying Plaintiff Takacs' application and remand the case for further proceedings.[2] Defendant did not file objections to the R&R.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[3] Absent objection, district courts may adopt an R&R without review.[4] Defendant did not object to the R&R, and this Court may adopt Magistrate Judge Ruiz's R&R without further review.

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 10; 11. Plaintiff filed a reply. Doc. 12.
[2] Doc. 13.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:20-cv-02120
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, **REVERSES** the Commissioner's final decision, and **REMANDS** the case for further proceedings.

IT IS SO ORDERED.

Dated: February 14, 2022                    *s/         James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE